UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BAYLEE DUZENBERRY, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )    CASE NO.: 2:19-CV-02669 |
| NEBRASKA FURNITURE MART, INC., | ) |
| EQUIFAX INFORMATION SERVICES, | ) |
| LLC, EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., AND | ) |
| TRANSUNION LLC, | ) |
| | ) |
| | ) |
|    Defendants. | ) |
| | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED PETITION

Defendant Experian Information Solutions, Inc. ("Experian") hereby respectfully moves this Court for an order extending its time to answer or otherwise respond to Plaintiff's First Amended Petition (Doc. 10) for thirty (30) days, up to and including **April 16, 2020**.

Experian's responsive pleading is presently due on or before March 17, 2020; however, Counsel for Plaintiff and Counsel for Defendant Nebraska Furniture Mart, Inc. were consulted prior to that deadline and do not oppose this extension.

Experian requests this extension so that it can conduct additional factual investigation prior to formulating its response to the First Amended Petition.

This request will neither delay this case nor prejudice any party in this matter.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

**HORN AYLWARD & BANDY, LLC**

*/s/ Danne W. Webb*
Danne W. Webb KS #22312
Andrea S. McMurtry   KS #24746
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone:     816-421-0700
Facsimile:      816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, the foregoing was served by operation of the Court's CM/ECF system upon counsel of record.

> */s/ Danne W. Webb*
> *Attorney for Defendant*
> *Experian Information Solutions, Inc.*